**Order entered April 19, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-12-01739-CR

### MICHAEL PAUL BRIDWELL, Appellant

### V.

### THE STATE OF TEXAS, Appellee

**On Appeal from the County Court at Law No. 1**
**Grayson County, Texas**
**Trial Court Cause No. 2011-1-0738**

## ORDER

The Court **REINSTATES** the appeal.

On April 9, 2013, we ordered the trial court to make findings regarding whether appellant desires to pursue the above appeal. We **ADOPT** the findings that: (1) on February 13, 2013, appellant appeared in court with his retained attorney in another case; (2) as part of the plea proceedings in that case, appellant indicated that he did not wish to pursue an appeal in the above case; (3) the portion of the reporter's record where counsel indicated appellant no longer desired to pursue the above appeal is attached to the trial court's findings; and (4) based on the representations on the record, appellant no longer desires to pursue the above appeal.

We **ORDER** the appeal submitted as of the date of this order without the reporter's record and briefs and without argument to a panel consisting of Justices Bridges, FitzGerald, and Myers.  *See* TEX. R. APP. P. 37.3(c), 38.8(b)(4).

/s/     DAVID EVANS
        JUSTICE